396 A.2d 820

Commonwealth v. Daniels, Appellant.

Argued October 23, 1978. William J. Hain, for appellant; Robert H. Chase, District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and WATKINS, JJ.

Judgment of sentence affirmed.

396 A.2d 821

Commonwealth v. Detwiler, Appellant.

Argued October 23, 1978. Ralph T. Forr, Jr., Assistant Public Defender, for appellant; Donald E. Speice, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, SPAETH and MONTGOMERY, JJ.

Order affirmed.